This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**
**HUMAN SERVICES DEP'T,**
**CSED,**

Petitioner-Appellee,

v.                                                          NO.   33,569

**JOSEFINA LUJAN, YOB 1980**
**SSN XXX-XX-9391, MOTHER**
**OF MARIA G. SERRANO-JAQUEZ,**
**MINOR CHILD,**

Co-Respondent-Appellee,

**and**

**LAURO BORUNDA, YOB**
**UNKNOWN, SSN NONE,**

Co-Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Dalene Marsh, District Judge**

Kelly Stone
Special Assistant Attorney General
Child Support Enforcement Division
Farmington, NM

Josefina Lujan
Bloomfield, NM

Pro Se Appellant

Santiago E. Juarez
Albuquerque, NM

for Appellant Lauro Borunda

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}    **DISMISSED.**

{3}    **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**M. MONICA ZAMORA, Judge**